[No. 37933-0-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY G. MAYRHOFER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03428-1, Liem E. Tuai, J., entered January 8, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38476-7-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIEL DONAMECHIE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06313-2, Patricia H. Aitken, J., entered April 15, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38533-0-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. GULLION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02036-1, Michael Hayden, J., entered April 4, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 38829-1-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07253-1, JoAnne Alumbaugh, J., entered June 24, 1996. *Affirmed* by unpublished per curiam opinion.